UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EXTREME REACH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-CV-14725-IT |
| | ) | |
| GRACE HILL MEDIA, INC. and | ) | |
| TED GARTNER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PARTIES' JOINT STATEMENT AND DISCOVERY PLAN**

Attorneys for the parties have met by telephone and have agreed, pursuant to the Court's

May 19, 2015 Notice of Initial Scheduling Conference (Docket No. 27), Fed. R. Civ. P. 16(b)

and Local Rule 16.1, to submit the following joint statement and discovery plan.

**I.      Agenda of Items to Be Discussed at Scheduling Conference:**

The parties propose that the Court and the parties discuss: (i) the scheduling of a hearing,

if any, on the motions pending in this matter (Docket Nos. 21 and 23); (ii) the proposed schedule

and discovery plans; (iii) alternative dispute resolution; (iv) whether the parties will consent to

trial by Magistrate Judge; and (v) entry of a Protective Order to govern the exchange and use of

confidential information during discovery.

**II.     Local Rule 16.1 Settlement Proposal**

Pursuant to Local Rule 16.1, on June 4, 2015, counsel for Plaintiff presented a written

settlement proposal to counsel for Defendants.

{W4903618.2}

### III.    Proposed Schedule and Discovery Plans

Pursuant to Local Rule 16.1(B), the parties have conferred and have reached agreement

as to a proposed plan for discovery and a pretrial schedule as follows:

| EVENT | DATE |
|---|---|
| **DISCOVERY EVENTS** | |
| Initial Disclosures, including production of identified documents, served by: | The date by which the Defendants must Answer the Amended Complaint ("A") plus 20 days |
| All written fact discovery, including interrogatory response, document productions and responses to requests for admissions, shall be initiated so that all written fact discovery will be completed by: | A plus 150 days |
| Depositions of Fact Witnesses shall be noticed to take place no later than: | A plus 170 days |
| Reports from testifying experts under Fed. R. Civ. P. 26(a)(2) will be due as follows: | |
| Plaintiff's expert reports and disclosures shall be served on or before: | A plus 190 days |
| Defendants' expert reports and disclosures shall be served on or before: | A plus 210 days |
| Plaintiff's rebuttal report shall be served on or before: | A plus 230 days |
| Expert depositions and discovery shall be completed by: | A plus 250 days |
| **MOTION SCHEDULE AND PRETRIAL MATTERS** | |
| All motions to join parties or amend pleadings will be served on or before: | A plus 150 days |
| All motions pursuant to Fed. R. Civ. P. 56 will be filed with the Court on or before: | A plus 250 days |
| Pretrial conference | To be scheduled at the Court's convenience |

**IV.    Modifications of Schedule Dates**

All dates set forth herein may be modified by written agreement of the parties with

approval of the Court.

**V.     Trial by Magistrate Judge**

The parties are not willing to consent to trial by Magistrate Judge.

**VI.    Certifications**

Counsel for the parties certify that they have conferred with their respective clients with a

view to establishing a budget for the costs of conducting the full course and various alternative

courses of this litigation and to consider the resolution of this litigation through the use of

alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| EXTREME REACH, INC., | GRACE HILL MEDIA, TED GARTNER |
| By its attorneys, | By their attorneys, |
| */s/ Jeffrey E. Francis*<br>Jeffrey E. Francis (BBO No. 639944)<br>jfrancis@pierceatwood.com<br>PIERCE ATWOOD LLP<br>100 Summer Street, Suite 2250<br>Boston, MA 02110<br>(t) 617-488-8136<br>(f) 617 824-2020 | */s/ Christopher P. Maffucci*<br>Christopher P. Maffucci (BBO No. 645972)<br>Maffucci@casneredwards.com<br>CASNER & EDWARDS, LLP<br>303 Congress St., 2nd Floor<br>Boston, MA 02110<br>(t) 617-426-5900<br>(f) 617-426-8810 |